THOMAS V. KELLY, Respondent, v. VERNE P. RATHBURN, Appellant.—

The conflicting allegations in the affidavits are sufficient to warrant a trial of the issues. The fact that the defendant's counterclaim is against a person not a party to the action is not sufficient to warrant a dismissal thereof. The counterclaim may be maintained against this plaintiff up to the amount of plaintiff's demand. (Civ. Pr. Act, § 267, subd. 3.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

LIBERTY NURSING HOME, INC., Plaintiff, v. NEW AMSTERDAM CASUALTY COMPANY, Defendant.—

Self-destruction is not an accident within the meaning of that term as used in the policy. In any event, in the action against the present plaintiff the negligence assigned was within the scope of the exclusion contained in the insurance policy. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.